NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HUMBERTO R. CASTILLO,                )
                                     )
            Appellant,               )
                                     )
v.                                   )      Case No. 2D16-5281
                                     )
BAYSIDE ENGINEERING, INC.,           )
                                     )
            Appellee.                )
_____    )

Opinion filed February 2, 2018.

Appeal from the Circuit Court for
Hillsborough County; Elizabeth G. Rice,
Judge.

Humberto R. Castillo, pro se.

No appearance for Appellee.


PER CURIAM.


                Affirmed.


CRENSHAW, MORRIS, and BLACK, JJ., Concur.